Edward Good, Appellee, v. Louis Behrendt, Appellant.

Gen. No. 42,738.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944; rehearing denied February 8, 1944. Andrew J. Farrell, for appellant; Miller & Moss, for appellee; Kellam Foster, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.